**No. 49680.**—Protests 922946–G, etc., of H. Cron Co. et al. (Portland, Oreg.).

Opinion by LAWRENCE, J. The cases were marked submitted and as plaintiffs did not move later to set aside the submission, the protests were overruled, examination of the papers disclosing no reason for disturbing the decision of the collector, which was held presumptively correct.

BEFORE THE THIRD DIVISION, AUGUST 19, 1944

**No. 49681.**—Protests 95777–K, etc., of C. Landriani (New York).

Opinion by KEEFE, J. At the trial it was stipulated that certain of the merchandise in question consists of grape coloring extract the same as that passed upon in Abstract 49180, which record was incorporated herein. The claim at 15 percent under paragraph 38 was therefore sustained.

BEFORE THE FIRST DIVISION, AUGUST 25, 1944

**No. 49682.**—Protest 104810–K of French Italian Wine Co.,Inc. (New York).

Opinion by OLIVER, P. J. At the trial the collector's letter and statement of goods in warehouse referred to therein were admitted in evidence without objection of the Government. In view thereof the claim at ⅛ cent per pound was sustained.

**No. 49683.**—Protest 996076–G of P. Beiersdorf & Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that the wax in question is the same in all material respects as that passed upon in *Beiersdorf* v. *United States* (31 C. C. P. A. 158, C. A. D. 267). In view thereof the protest was sustained as to the claims made.